IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cv-00882-DAD |
| *Plaintiff*, | **SEALING ORDER** |
| vs. | |
| SURJIT SINGH RAJASAI, | |
| *Defendant.* | |

Good cause having been shown in movant's declaration and motion to file under seal (Doc. 1-2), Exhibit B of the movant's supplement to his Section 2255 motion, the presentence report and recommendations, shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   **October 4, 2016**

_____
UNITED STATES DISTRICT JUDGE